[No. 71141-5-I.   Division One.   November 10, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. TYLISHA LAKISHIA BROWN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 13-8-00059-0, J. Wesley Saint Clair, J., entered October 21, 2013. *Affirmed* by unpublished opinion per Cox, J., concurred in by Lau and Leach, JJ.

[No. 71332-9-I.   Division One.   November 10, 2014.]

THE STATE OF WASHINGTON, *Appellant*, v. STEVEN WILLIAM STINE, *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 13-1-02220-1, David A. Kurtz, J., entered December 18, 2013. *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Verellen, A.C.J., and Trickey, J.

[No. 71399-0-I.   Division One.   November 10, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. E.N., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 13-8-00133-2, J. Wesley Saint Clair, J., entered December 5, 2013. *Affirmed* by unpublished opinion per Leach, J., concurred in by Cox and Lau, JJ.

[No. 71600-0-I.   Division One.   November 10, 2014.]

*In the Matter of the Dependency of* D.M.G.

THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*, v. DAVID DORSCH, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 13-7-11815-5, Judith H. Ramseyer, J., entered February 7, 2014. *Affirmed* by unpublished opinion per Becker, J., concurred in by Spearman, C.J., and Appelwick, J.